WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
Kathleen F. McConnell (SBN: 239479)
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS, INC.

(Names and addresses of other counsel
continue on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS, INC., a California corporation, | Case No. C 06 0768 |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| TRADERS UNLIMITED, INC., a California corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Bare Escentuals, Inc. and Defendant Traders Unlimited, Inc., through their counsel, hereby stipulate that the time for Defendant to answer or otherwise respond to the complaint is extended to March 29, 2006.

This is the first extension of time to answer.  No previous extensions of time to answer have been granted.

SO STIPULATED:

/ / /

/ / /

/ / /

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

SF:127689.4

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Dated:  March 21, 2006

WINSTON & STRAWN LLP

By:  ___/s/ Andrew P. Bridges___
    Andrew P. Bridges
    Jennifer A. Golinveaux
    Kathleen F. McConnell

    Attorneys for Plaintiff
    BARE ESCENTUALS, INC.


LAW OFFICES OF MARTIN S. FRIEDLANDER

By:  _/s/ Martin S. Friedlander___
    Martin S. Friedlander

    Attorneys for Defendant
    TRADERS UNLIMITED, INC.

    Andrew P. Bridges attests that he has obtained
    the concurrence of Martin S. Friedlander for the
    filing of this document and holds Mr.
    Friedlander's digital signature.

Addresses of counsel of record, continued from caption page:

LAW OFFICES OF MARTIN S. FRIEDLANDER
Martin S. Friedlander  CSB No. 36828
10350 Wilshire Blvd., Suite 600
Los Angeles, CA 90024
Telephone:    (310) 435-1519
Facsimile:    (310) 278-7330
Email:        msfried315@cs.com

SCHOFIELD, GROSSMAN & LINDEN
Scott H. Linden  CSB No. 190920
Anthony C. Grossman  CSB No. 175408
Charles T. Schofield  CSB No. 080640
215 N. Marengo Ave., Third Floor
Pasadena, CA 91101
Telephone:    (626) 578-0708
Facsimile:    (626) 578-0244
Email:        shl-law@pacbell.net

Attorneys for Defendant
TRADERS UNLIMITED, INC., a California Corporation

March 22, 2006

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

SF:127689.4