WINSTON & STRAWN LLP
Andrew P. Bridges (SBN: 122761)
Jennifer A. Golinveaux (SBN: 203056)
Kathleen F. McConnell (SBN: 239479)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS, INC.

(Names and addresses of other counsel
continue on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRADERS UNLIMITED, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. C 06 0768<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE, AND DEADLINES FOR FILING JOINT CASE MANAGEMENT STATEMENT AND SERVING INITIAL DISCLOSURES |

　　　　Plaintiff Bare Escentuals, Inc. and Defendant Traders Unlimited, Inc., by and through their respective counsel, hereby stipulate, and respectfully request that the Case Management Conference currently scheduled for May 5, 2006 be continued to June 23, 2006 at 10:00 a.m., to coincide with the noticed hearing on Defendant's pending motion to dismiss. The parties also request that the Court approve continuance of the deadline for the exchange of initial disclosures, which is currently April 28, 2006 to May 23, 2006, and continue the deadline for filing the parties' joint case management statement currently scheduled for April 28, 2006 to June 9, 2006.

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE, AND DEADLINES
FOR FILING JOINT CASE MANAGEMENT STATEMENT AND SERVING INITIAL DISCLOSURES

SF:128317.2

As set forth in the accompanying declaration of Jennifer Golinveaux, the parties request the change of date for the Case Management Conference because they understand that Judge Breyer is unavailable from May 2, 2006 through June 2, 2006, and so would be unavailable for the CMC currently scheduled for May 5, 2006. The parties request the change of date to exchange their initial disclosures and to file their joint case management statement because defense counsel was out of the country for most of the month of April, and the parties need additional time to prepare such documents.

This is the parties' second request for an extension of time. On March 21, 2006, the parties filed a joint stipulation to extend the time for defendant to respond to the complaint, which was approved by the Court.

Dated: April 28, 2006

WINSTON & STRAWN LLP

By: /s/ Kathleen F. McConnell
Andrew P. Bridges
Jennifer A. Golinveaux
Kathleen F. McConnell

Attorneys for Plaintiff
BARE ESCENTUALS, INC.

LAW OFFICES OF MARTIN S. FRIEDLANDER

By: /s/ Martin S. Friedlander
Martin S. Friedlander

Attorneys for Defendant
TRADERS UNLIMITED, INC.

Kathleen F. McConnell attests that she has obtained the concurrence of Martin S. Friedlander for the filing of this document and holds Mr. Friedlander's digital signature.

Addresses of counsel of record, continued from caption page:

LAW OFFICES OF MARTIN S. FRIEDLANDER
Martin S. Friedlander  CSB No. 36828

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

10350 Wilshire Blvd., Suite 600
Los Angeles, CA 90024
Telephone:  (310) 435-1519
Facsimile:  (310) 278-7330
Email:       msfried315@cs.com

SCHOFIELD, GROSSMAN & LINDEN
Scott H. Linden  CSB No. 190920
Anthony C. Grossman  CSB No. 175408
Charles T. Schofield  CSB No. 080640
215 N. Marengo Ave., Third Floor
Pasadena, CA 91101
Telephone:  (626) 578-0708
Facsimile:  (626) 578-0244
Email:       shl-law@pacbell.net

Attorneys for Defendant

TRADERS UNLIMITED, INC., a California Corporation

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Case Management Conference currently set for May 5, 2006 is continued to June 23, 2006 at 10:00 a.m., to coincide with the noticed hearing on Defendant's pending motion to dismiss.  In addition, the parties' new deadline for the exchange of initial disclosures is May 23, 2006, and the new deadline for filing the parties' joint case management statement is June 9, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  ~~April~~ May 01 __, 2006

By _____
Hon. Jud___



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3