**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS, INC., | No. C-06-00768 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER RE OVERDUE PAPERS** |
| TRADERS UNLIMITED, INC., | |
| Defendant(s). | |

TO DEFENDANT, TRADERS UNLIMITED, INC., AND ITS COUNSEL OF RECORD:

On June 26, 2006, you were ordered to lodge a Settlement Conference Statement fourteen (14) days prior to the Settlement Conference, which is scheduled for **August 22, 2006, at 11:00 a.m.** Your statement was due on August 8, 2006. It was not received by chambers.

IT IS HEREBY ORDERED that if a Settlement Conference Statement is not lodged with Chambers by the close of business on **Monday, August 14, 2006**, Defendant will be sanctioned $100.00 per day for each day's delay, beginning from the date it was originally due.

IT IS SO ORDERED.

DATED: August 10, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge